# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**D.J.** a/k/a **D.M.,** the mother,
Appellant,

v.

## DEPARTMENT OF CHILDREN AND FAMILIES
and **GUARDIAN AD LITEM,**
Appellees.

Nos. 4D17-3267 and 4D17-3654

[March 16, 2018]

Consolidated appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Victoria L. Green, Judge; L.T. Case No. 312016DP000146A.

D.J., Vero Beach, pro se.

Kelley Schaeffer of Department of Children & Families, Bradenton, and Laura J. Lee of Guardian ad Litem Program, Sanford, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***